Richard C. Boardman, ISB No. 2922
RBoardman@perkinscoie.com
Christine M. Salmi, ISB No. 5626
CSalmi@perkinscoie.com
PERKINS COIE LLP
1111 W Jefferson Street, Suite 500
Boise, ID 83702-5391
Telephone: (208) 343-3434
Facsimile: (208) 343-3232

Jerry A. Riedinger (admitted *pro hac vice*)
JRiedinger@perkinscoie.com
Ryan J. McBrayer (admitted *pro hac vice*)
RMcbrayer@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Attorneys for Defendants/Counterclaimants JMC Ventilation
Refrigeration LLC, JMC Enterprises, Inc., JMC Leasing LLC,
and Joel Micka

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| 1,4 GROUP, INC., an Idaho corporation,<br><br>        Plaintiff,<br><br>v.<br><br>JMC VENTILATION REFRIGERATION LLC, a Washington limited liability company, JMC ENTERPRISES, INC., a Washington corporation, JMC LEASING, LLC, a Washington limited liability company, and JOEL MICKA, an individual,<br><br>        Defendants. | **Case No. CV07-354-S-BLW**<br><br>**DECLARATION OF RICHARD C. BOARDMAN IN SUPPORT OF JMC DEFENDANTS' MOTION TO DISMISS** |
| JMC VENTILATION REFRIGERATION, LLC, a Washington limited liability company, JMC ENTERPRISES, INC., a Washington Corporation, JMC LEASING LLC, a Washington limited liability company, and JOEL MICKA, an individual<br><br>        Counterclaimants,<br><br>v.<br><br>1,4GROUP, INC., an Idaho corporation,<br><br>        Counterdefendants. | |

DECLARATION OF RICHARD C. BOARDMAN IN SUPPORT OF JMC DEFENDANTS' MOTION TO DISMISS - 1
33743-0008/LEGAL20012587.1

I, Richard C. Boardman, declare as follows:

1. I am an attorney duly admitted to practice law in Idaho, and am a partner with the law firm of Perkins Coie LLP ("Perkins Coie"), attorneys for JMC Ventilation Refrigeration, LLC, JMC Enterprises, Inc., JMC Leasing LLC, and Joel Micka. Working with my co-counsel, my responsibilities include supervising discovery, reviewing pleadings and filings, communicating with opposing counsel, and supervising case strategy. I make this declaration based on my personal knowledge and experience.

2. Attached as "Exhibit A" hereto is a true and correct copy of the Patent Assignment, dated November 8, 2005, assigning U.S. Patent No. 6,068,888 to 1,4 Group, Inc.

3. Exhibit A is the only assignment recorded in the U.S. Patent and Trademark Office for U.S. Patent No. 6,068,888, and 1,4Group has agreed that no other assignments relevant to Patent No. 6,068,888 exist.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

DATED: January 25, 2011.

/s/ Richard C. Boardman
Richard C. Boardman

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

> maukburgoyne@maukburgoyne.com; sally@maukburgoyne.com
> wsbritt@traskbritt.com
> ercataxinos@traskbritt.com

And, I hereby certify that I have mailed by United States Postal Service the foregoing documents(s) to the following non-CM/ECF Registered Participant(s):

> [NONE]

/s/ Richard C. Boardman
Richard C. Boardman
Attorneys for Defendants/Counterclaimants

# PATENT ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | NUNC PRO TUNC ASSIGNMENT |
| EFFECTIVE DATE: | 12/23/1996 |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| Darol Forsythe | 11/08/2005 |
| John M. Forsythe | 11/08/2005 |

**RECEIVING PARTY DATA**

| Name: | 1,4 GROUP, INC., fka PIN/NIP, INC. |
|---|---|
| Street Address: | 2307 E. Commercial St. |
| City: | Meridian |
| State/Country: | IDAHO |
| Postal Code: | 83642 |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number |
|---|---|
| Patent Number: | 6068888 |

**CORRESPONDENCE DATA**

Fax Number:           (801)531-9168
*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*
Phone:                801-532-1922
Email:                pastivers@traskbritt.com
Correspondent Name:   Edgar R. Cataxinos
Address Line 1:       P.O. Box 2550
Address Line 4:       Salt Lake City, UTAH 84110

| ATTORNEY DOCKET NUMBER: | 1957-2378.2US |
|---|---|
| NAME OF SUBMITTER: | Edgar R. Cataxinos |

Total Attachments: 3
source=Assignment-executed#page1.tif



500060963

**PATENT
REEL: 016784 FRAME: 0644**

source=Assignment-executed#page2.tif
source=Assignment-executed#page3.tif

PATENT
REEL: 016784 FRAME: 0645

Attorney Docket No. 1957-2378.2US

## ASSIGNMENT

**THIS ASSIGNMENT IS MADE EFFECTIVE**, *nunc pro tunc*, December 23, 1996, and is intended to memorialize prior verbal assignments and to affirm prior written assignments that are consistent herewith.

**FOR GOOD AND VALUABLE CONSIDERATION**, the receipt, sufficiency and adequacy of which are hereby acknowledged, each undersigned ASSIGNOR does hereby:

**SELL, ASSIGN AND TRANSFER** to 1,4 GROUP, INC., formerly known as PIN/NIP, INC. ("ASSIGNEE"), a corporation of the state of Idaho, having a place of business at 2307 E. Commercial St., Meridian, Idaho 83642, the entire right, title and interest for the United States and all foreign countries in and to any and all improvements which are disclosed in the Application for United States Letters Patent Serial No. 09/352,480 filed on July 13, 1999, now U.S. Patent No. 6,068,888 issued May 30, 2000, and entitled **TREATMENT OF POTATO STORAGE FACILITIES WITH AEROSOLS DERIVED FROM SOLID CIPC**, such application and all divisional, continuing, substitute, renewal, reissue and all other applications for patent or the legal equivalent thereof which have been or may be filed in the United States and all foreign countries relating to any of such improvements; all original, reexamined and reissued patents which have been or shall be issued in the United States and all foreign countries on such improvements; and specifically including the right to file foreign applications under the provisions of any convention or treaty and claim priority based on such application made in the United States;

**AUTHORIZE** the ASSIGNEE to apply for and receive any and all United States and foreign patents relating to such improvements in its own name;

**AUTHORIZE AND REQUEST** the issuing authority to issue any and all United States and foreign patents granted on such improvements to and in the name of the ASSIGNEE;

**WARRANT AND COVENANT** that no assignment, grant, mortgage, license or other agreement or encumbrance affecting the rights and property herein conveyed has been or will be made or entered into by the undersigned, and that the full right to convey the same as herein expressed is possessed by the undersigned;

**COVENANT**, when requested and at the expense of the ASSIGNEE, to carry out in good faith the intent and purpose of this assignment, to execute all divisional, continuing, substitute, renewal, reissue, and all other patent applications relating to any and all such improvements; to execute all rightful oaths, declarations, assignments, powers of attorney and other papers; to communicate to the ASSIGNEE all facts and provide to the ASSIGNEE all documents and things known and accessible to the undersigned relating to such improvements and the history thereof, and testify as to the same in any interference, litigation or other proceeding relating

thereto; and generally to do everything possible which the ASSIGNEE shall consider desirable for vesting title to such improvements in the ASSIGNEE, and to secure, maintain, defend and enforce valid and enforceable patent protection for such improvements;

**AGREE AND ACKNOWLEDGE** that the SALE, ASSIGNMENT AND TRANSFER of rights and property set forth herein is and shall be IRREVOCABLE and BINDING upon the heirs, assigns, representatives and successors of each undersigned ASSIGNOR and EXTEND to the successors, assigns and nominees of the ASSIGNEE.

ASSIGNORS:

_____  Date  11-8-05
Darol Forsythe
Residing at: 15401 Cartwright Road
             Boise, Idaho 83714

_____  Date  Nov 8, 2005
John M. Forsythe
Residing at: 4277 Balivi Lane
             Nampa, Idaho 83687


COUNTY OF  Ada     )
                   : ss.
STATE OF IDAHO     )

On this  9   day of  November , 2005, before me personally appeared Darol Forsythe, to me known to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same.

_____
Notary Public in and for said County and State

My Commission Expires:

July 6, 2011

2

**PATENT
REEL: 016784 FRAME: 0647**

COUNTY OF Ada    )
                 : ss.
STATE OF IDAHO   )

On this 9 day of November, 2005, before me personally appeared John M. Forsythe, to me known to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same.

*Jeanette VonKrosigk*
Notary Public in and for said County and State

My Commission Expires:

July 6, 2011

[Notary Seal: Jeanette VonKrosigk, Notary Public, State of Idaho]

Document in ProLaw

3